**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **COMMONWEALTH OF PA,** | : |
| **Plaintiff** | : |
| | **CIVIL ACTION NO. 3:19-1401** |
| **v.** | : |
| | **(Judge Mannion)** |
| **ANTONELLO BOLDRINI,** | : |
| | : |
| **Defendant** | |

## ORDER

Based upon the Memorandum entered this same day, defendant Boldrini's "Motion to Withdraw Discontinue" and re-open his case, **(Doc. 12)**, is **DENIED**.


*s/Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**


**Dated: October 9, 2019**
19-1401-01